**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YOLANDA E. NEWSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-7134** |
| | : | |
| SAMIHAH McNAIR MARQUISE | : | |
| MAYNOR, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 19th day of December, 2025, upon consideration of Plaintiff Yolanda E. Newson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.  Newson may reassert her claims in the proper state court if she chooses to do so.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                    **BY THE COURT:**

                    _____
                    **MIA R. PEREZ, J.**